COPY

1        BEFORE THE OFFICE OF ADMINISTRATIVE HEARINGS
2       (Department of Public Safety & Correctional Services)
3
4    In the matter of:              )
5    RONALD HASKINS, #285369,       )   OAH Case No.
6            Grievant,              )   DPSC-IGO-002V-10-02336
7       vs.                         )
8    THE MARYLAND DIVISION OF       )
9    CORRECTION,                    )
10           Respondent.            )
11
12                    -   -   -   -   -
13
14       The hearing in the above-entitled matter
15   commenced on March 24, 2010, at the Office of
16   Administrative Hearing, Hunt Valley, Maryland, via video
17   conference with the North Branch Correctional
18   Institution.
19
20   BEFORE:    THE HONORABLE DAVID HOFSTETTER
21              Administrative Law Judge
22
23
24   Transcribed by:  George Quade
25

EXHIBIT A - COVER PAGE

1   got on my back and said, pop 35, pop 35, hit the water,
2   hit the water. He must have thought he was going to get
3   it -- get the telephone. But when he popped the door,
4   the cell phone was still there. And he got the cell
5   phone and said, man, why you do that, you know it wasn't
6   your phone, why did you do that? You didn't have to do
7   it. I'm already on administrative for a cell phone. He
8   put me in my cell for a cell phone. So I figured I had
9   to do what I had to do to try to get rid of it. And so
10  they -- so after they did that, Gilbert hollered, man,
11  that's assault, that's assault. But by Shoemaker just
12  got done restraining me on the ground, they took me down
13  the hallway, Officer Houck thinking that I assaulted him.
14  But he just restrained me. So he grabbed me by my head
15  when he took me down the steps.
16       Q.   Now, who grabbed you?
17       A.   Officer Houck.
18       Q.   Officer Houck. He had not been here for this
19  entire incident, right?
20       A.   He ain't been there. No, he wasn't there. He
21  wasn't on the top tier. That was just them two officers
22  on the top tier.
23       Q.   Okay. Go ahead. Then what happened?
24       A.   They walked me down the tier, walked me down
25  the steps, and Gilbert -- it wasn't that many steps,

1  Gilbert was hollering about assaulting him, he getting
2  charged, he's getting charged. But they -- (inaudible)
3  -- I'm a little roughed up, you know, while Shoemaker was
4  on my back. And so when he grabbed me by the thing and
5  said, you like assaulting my officers? He grabbed me by
6  the back of my neck, like my head area, and said, you
7  like assaulting my officers, before I could tell him -- I
8  thought somebody else would say it, like, no, nobody said
9  nothing. He just ran my head right through the glass
10 before I could even say anything. You know, it's like --
11 I was gone after that.
12     Q.   Okay. Let's back it up and -- you say he
13 rammed your head through the glass. Now, what --
14     A.   It's a door. It's like a door, like that door
15 right there.
16     Q.   Like the door here in the hearing room?
17     A.   Yes.
18     Q.   All right. And he was approaching you?
19     A.   They usually keep the door open. So when he
20 rammed my head through the door, he like kept going with
21 it, like using my head to open the door. And --
22     Q.   What side of your head went into the door?
23     A.   The right side.
24     Q.   The right side of the head?
25     A.   Yeah.

Case 1:11-cv-02000-TJS   Document 40-1   Filed 05/17/13   Page 4 of 6

18

```
 1        Q.    Describe for the Judge what did you mean by he
 2   stomped you?
 3        A.    Took his foot and kicked me in my head when I'm
 4   down on the ground.
 5        Q.    How many times?
 6        A.    About two or three times.
 7        Q.    All right.  And how did it make you feel?
 8        A.    I was still worrying about the glass, because
 9   it was like a sharp pain that shot through, like, boom.
10   I know -- (inaudible) -- I was hurt.  And then he got me
11   -- it's another little room.  He got me in another room
12   and he got out on me, to beat me up, you know, hit me
13   with your body and stuff.  They put some gloves and stuff
14   on and was, like, get naked and stuff, get naked.  And
15   then they was like --
16        Q.    You said what now?
17        A.    They like put some gloves on and told me to get
18   naked, you know, take my clothes off.
19        Q.    Naked?
20        A.    Yeah, like take your clothes off.
21        Q.    Okay.
22        A.    And the big officer, his name is Officer
23   Bingman (phonetic), he came in the room and told Houck
24   basically in his own way, let -- (inaudible) -- and like,
25   nah, man, that's the wrong -- you know, you're talking
```

EXHIBIT A - Page 18

For The Record, Inc.
(301) 870-8025 -- www.ftrinc.net -- (800) 921-5555

1   about Tamal, you know, his cell buddy.  His buddy told me
2   the only other way -- I think he was going to stop
3   hitting me --
4        Q.   Okay.  Hold on.  Let's back up to this
5   conversation.  What did Officer Bingman say to Officer
6   Houck about the --
7        A.   That he had the wrong -- that he had the
8   incident wrong.  That he had the incident wrong.  He had
9   the wrong person.
10       Q.   He being who?
11       A.   Houck, talking about me.
12       Q.   That you were not the right person?
13       A.   I wasn't the right -- yeah.
14       Q.   Okay.  Then what was --
15       A.   He was trying to, like, he still shouldn't have
16  did this because -- he explained the whole situation.  He
17  said he still did some stupid shit, you know, talking
18  about as far as me getting the cell phone.
19       Q.   Who again --
20       A.   Officer Houck, Officer Houck, still.  I mean,
21  he's still using aggression against me, you know, playing
22  about I shouldn't have never grabbed the cell phone or
23  picked it up and thrown it in the cell.  And he still,
24  you know, got out on me because I tried to -- I tried to
25  say, I told you, but he hit me in my mouth.  He had the

1    gloves on and hit me right in my mouth.  I couldn't
2    believe it.  Right in front of him.
3        Q.   In front of him being --
4        A.   Officer Bingman.
5        Q.   Okay.
6        A.   Bingman.  He hit me right there in my mouth.
7    But he shut the door and stripped me.  So he took all my
8    clothes.  He instructed me how to do it, you know.  And
9    then when I get naked, he kept saying bend over.  I know
10   the procedure.  I did it 100 times when I come over to
11   visit.  I kept doing it.  You know what he kept saying?
12   Do it again, do it again.  I'm going to put my foot in
13   your ass, you know, like get naked and spread.  And then
14   when he got finished, he's like put your clothes on.  And
15   after I put my clothes away and put my clothes on, he
16   pushed my body, like, towards the grill.  It's grill
17   gates in there and -- that's why I had the scrape when I
18   came out the room.  She took a picture of the scrape, but
19   you can't see it.  He pushed my head through the steel
20   grate.
21       Q.   What side of your head?
22       A.   On the same side.  That's how I had the scar,
23   the scar going down.  That's how I got a scar.  And he
24   told me to put my clothes and stuff on.  And --
25       Q.   And then what happened after that?