CASE NUMBER: TJS-11-2000
CASE NAME: RONALD HASKINS vs BRIAN HAWK

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JUL 31  P 4: 12

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

We have reached a verdict

JUROR NUMBER: Juror Number. 3

DATE: Date 7-31-14
TIME: Time. 12:45 pm



For Court Use Only:
Recv'd by: CSO FLANARY, Jerry   DATE: 7-31-14   TIME: 12:48
Court Exhibit #: _____

Jury Note (Rev. 2/2009)

TJS
1:06 pm
7/31/14