IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RONALD N. HASKINS, | * |
| Plaintiff, | * |
| v. | *   Civil No. TJS-11-2000 |
| BRIAN K. HAWK, | * |
| Defendant. | * |

\* \* \* \* \* \*

**VERDICT SHEET**

1. Do you find that the Plaintiff has proven by a preponderance of the evidence that the Defendant intentionally committed acts that violated the Plaintiff's constitutional right not to be subjected to cruel and unusual punishment?

Yes \_\_\_\_\_    No  X

*If your answer to Question 1 is "Yes," proceed to Question 2. If your answer to Question 1 is "No," your job is completed, and you should have your foreperson sign this Verdict Sheet at the bottom of the last page.*

2. Do you find that the Plaintiff has proven by a preponderance of the evidence that the Defendant's acts were the proximate or legal cause of the injuries or damages sustained by the Plaintiff?

Yes \_\_\_\_\_    No \_\_\_\_\_

*If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," proceed to Question 4.*

1

3.  Please state the amount that will fairly compensate the Plaintiff for any injuries or damages he actually sustained as a result of the Defendant's conduct:

    $_____

*Please proceed to Question 4.*

4.  Do you award punitive damages against the Defendant?

    Yes _____    No _____

    If yes, in what amount?

    $_____

*Once you have completed this Verdict Sheet, you should have your foreperson sign and date it below.*

SO SAY WE ALL,

7-31-2014
Date

**SIGNATURE REDACTED**
Jury Foreperson

2